J. Johnson
Plantiff

v.

J. Bronson M.D.
Defendent
R. Johnson
Defendent

**RECEIVED**

MAR 10 2014

THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

1:14-cv-01719
Judge Milton I. Shadur
Magistrate Judge Daniel G. Martin

Complaint

In the middle of October 2007 Plentiff John F. Johnson Defendent Dr. J. Bronson and Defendent R. Johnson Told me plentiff J. Johnson that their was no evidence of H.I.V. infection in your body. First of all I Plentiff John Johnson did not ask to be tested for H.I.V. defendent J. Bronson comes out and just tell me that their is no evidence of H.I.V. infection in your body. I really believed that Defendent J. Bronson M.D. tested me for H.I.V. virus

I Plantiff J Johnson did not give permission to anyone to be tested for H.I.V. infection I Plantiff J. Johnson was not having any surgical procedure done. There was no reason to have me Plantiff John F. Johnson tested for the virus that causes A.I.D.S. I Plantiff J Johnson I did not give anyone permission to be tested for the H.I.V. virus NO permission was given by me John Johnson. I gave no permission to anybody to test me for the H.I.V virus No Nurses clergy anyone in the medical field no permission was given at all by my self Plantiff John Johnson, I did not give permission for defendent J Brorson to test me for the H I V virus No permission at all. No permission at all was given No permission at all was given. No permission at all was given.

So I Plentiff John Johnson told Defendent Dr. J. Brorson in June and October of 2007 that the medication was making me Plentiff John Johnson sick I Plentiff J Johnson was having headeche, dizzyness, stomich aches, stomach sickness, and that I Plentiff was up all night I Plentiff John Johnson could not sleep. I told Defendent Dr. J Brorson in front of defendent Ralph Johnson and Defendent Dr J Brorson and Defendent R Johnson just ignored me on both accesion in June and then in October both Defendent Dr J. Brorson and Defendent R Johnson just ignored me. I went down to Alabama in November 2007 I Plentiff John Johnson went to see a doctor v. PreLipceen. So I Plentiff John Johnson told doctor V. PreLipceen about the symptoms I John Johnson was having with the medication. Dr. PreLipceen me to centeau taky the medication

So I plaintiff J Johnson continued taking the medication for 5 years I was dizziness, stomach ache could not sleep, stomach sickness I J Johnson could not take it anymore I had been sick for 5 years and no one was helping me. I stop taking the medication on 1/01/2013 I Joh Johnson stop taking the medicine on 1/01/2013. As of today 2/27/14 I am John Johnson am still forgetful plaintiff Joh Johnson still have dizziness, stomach aches, stomach sickness, this was a result for 5 years of Defendant J. Brosnan medical attict Defendant J Brosnan and Defendant R Johnson knew what was happening to me. Defendant R Johnson used my plaintiff John Johnson credit card 4006 887 7718 2926 it appears on 6/09. I plaintiff J Johnson did not use my credit card on my plaintiff John Johnson visa there was 900 charge on it. I did not sign for them that Defendant R Johnson

The other thing that Social Security did was it let the Defendant R. Johnson was able to collect up to 20,000 of my Plaintiff John Johnson money from my Plaintiff John Johnson. My Social Security money was used by the Defendant Ralph Johnson and his wife Yolanda Wheatly Johnson to pay for Yolanda Wheatly father funeral and some of it was used for a trip to Jamaica for Defendant Ralph Johnson Sr son Ralph Johnson Jr. on a trip to Jamaica. I was told this by my sister in September 2007 Cynthia Johnson. The Funeral for Mr. Wheatley was in late August 2007. Mrs Knots from Social Security in Birmingham Alabama called me on 12/18/12 and said she was ending this talk. I Plaintiff John Johnson I tried calling Mrs Knots up until 12/21/12. I could not talk to her.

This was a case of hardcore fraud. I Plantiff J. Johnson gave no permission for family members, doctors nurses, or anyone associated with the medical field, or clergy to sign my name. I Plantiff John Johnson was of sound mind and Body. I Plantiff John Johnson could speak, talk and think for myself. I Plantiff John Johnson was in sound, mind, and body. This was a case of hardcore fraud. Social Security administration did a bad job by not doing a background [check] Ralph Johnson was my ___. I spoke with the agent Dorothy Brown on 6/6/12 at 3:15 pm. I spoke with Claudia on 9/20/12 at 9:15 am and Plantiff John Johnson spoke with Jean ___. What I do not understand is how he got my social

___

The Harm that Defendant T. Bruson Mhp and Defendant R. Johnson took me plantiff John Johnson fist of all I plantiff John Johnson was tested for the H.I.V virus and I plantiff John. Johns did not have it next it was spreading at my mom a computer

what i would like to see as compensation
$200,000,000

John 7 Johns
2-26-14  14 Watertown Circle Apt J
Brooklyn Alabama
30235

(205) 4x-9456

Plaintiff's street address  John R. Johnson
14 Watertown Circle Apt J

City Normal   State IL   ZIP 35235

Plaintiff's telephone number (205) 478-5415

Date: 2-26-2014