IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 1719 |
| | ) | |
| J. BRORSON M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **MEMORANDUM ORDER**

More than ten months ago this Court issued a short March 14, 2014 memorandum order ("Order") that explained why pro se plaintiff John Johnson ("John") had not framed an intelligible self-prepared Complaint against Dr. J. Brorson and Ralph Johnson, so that the action could not proceed. As the initial Order concluded:

> In summary, the entire hodgepodge of events spoken of in the Complaint may perhaps have supported a claim (if federal jurisdiction is in fact present) at one time, but not now. John's Complaint must be perceived as frivolous in the legal sense for more than one reason, and both the Complaint and this action are dismissed. That being so, both the Application and the Motion are denied as moot.

Silence then descended until the 2014 Christmas season, when John submitted still another hand-printed document under the same Case No. 14 C 1719, this time comprising 9 almost illegible pages rather than the 6-1/2 page narrative in his original Complaint.

With the dismissal of Case No. 14 C 1719 having become final so many months ago, John cannot proceed as he has by treating it as a vehicle for his new submission. But beyond that, this Court's laborious perusal of his nearly illegibly printed filing discloses no basis for any

current action by this Court. Instead it simply strikes that new filing (Dkt. No. 8) from the court file.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 27, 2015