# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **J. JOHNSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 1719 |
| | ) | |
| **J. BRORSON M.D.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Nearly a year and a half ago (on March 14, 2014) this Court issued a memorandum order that dismissed, as frivolous in the legal sense, the Complaint and this action that had been tendered by John Johnson ("Johnson"). Another ten-plus months then elapsed before Johnson then resurfaced with another nearly illegible submission that disclosed no basis for action by this Court, so that it struck the new filing from the court file in a brief January 27, 2015 memorandum order.

Now Johnson has tendered another communication to this Court that repeatedly states that he was always telling the truth and asks this Court to telephone him. There is of course nothing pending before this Court, but because this new submission is by definition an ex parte communication, this memorandum order attaches the document to make it part of the court file and, as this Court did with the January submission, then strikes it from the file.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 30, 2015

① July, 22nd 2015

John F. Johnson
1101F Spires Valley Circle
Birmingham, Alabama 35215

Case Number 1:14-cv-01719

Judge Name Milton I. Shadur

Plaintiff
John F. Johnson

Defendant(s)
Ralph Johnson,
J. Bronson M.D.

Telephone Number (205) 532-8002
Telephone Number (205) 532-2002

Please give me a call Night or day.

I've told you the truth in
my report Nothing was faked about
it. It was the truth and all of it
was the truth I told the truth
in my report everything was
the truth. And the only thing
I stated that it was not a lie
It was the truth Nothing was
I told the truth.

And I say that this was the truth. And this is the truth I do not lie I told the truth.

7/22/15

John F. Johns...
1101 F Springhills Circle
Down... A... 3...20...
(205) 532 - 2...
(205) 532 - 8...

I say this in name of Jesus Christ Am...

I say this in name of Jesus Christ Am...

I say this in name of Jesus Christ Am...

I say this in name of Jesus Christ Am...

I say this in name of Jesus Christ Am...

I say this in the name of Jesus Christ...

I say this in name of Jesus Christ Am...