**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **J. JOHNSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 1719 |
| | ) | |
| **J. BRORSON M.D.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Plaintiff John F. Johnson ("Johnson") has once again continued his pattern of filing truly

illegible communications in this disposed-of action that seek to resuscitate the action -- a case

that had been dismissed as frivolous in the legal sense in mid-March 2014 (see the attached

two-page docket that reflects his successive filings).  This Court orders:

1. that the Clerk's Office strike Johnson's most recent letter (Dkt. No. 19,

   received in the Clerk's Office on September 1) from the file;

2. that the Clerk's Office not accept any further communications from

   Johnson for filing, instead returning them to him unfiled; and

3. that because nothing else appears to deter Johnson, who like the Energizer

   Bunny keeps going and going, he will be fined $200 for each further

   communication that he may inadvisably transmit to this District Court.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 8, 2015

MARTIN,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:14-cv-01719
### Internal Use Only

Johnson v. Brovson et al
Assigned to: Honorable Milton I. Shadur
Demand: $9,999,000
Cause: 28:1331 Federal Question

Date Filed: 03/10/2014
Date Terminated: 03/14/2014
Jury Demand: Plaintiff
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2015 | 19 | LETTER from Plaintiff John F. Johnson dated 08/25/2015. (jl) (Entered: 09/03/2015) |
| 07/30/2015 | 17 | MEMORANDUM Order: Nearly a year and a half ago (on March 14, 2014) this Court issued a memorandum order that dismissed, as frivolous in the legal sense, the Complaint and this action that had been tendered by John Johnson ("Johnson"). Another ten-plus months then elapsed before Johnson then resurfaced with another nearly illegible submission that disclosed no basis for action by this Court, so that it struck the new filing from the court file in a brief January 27, 2015 memorandum order.Now Johnson has tendered another communication to this Court that repeatedly states that he was always telling the truth and asks this Court to telephone him. There is of course nothing pending before this Court, but because this new submission is by definition an ex parte communication, this memorandum order attaches the document to make it part of the court file and, as this Court did with the January submission, then strikes it from the file. Signed by the Honorable Milton I. Shadur on 7/30/2015:Mailed notice(clw, ) (Entered: 07/30/2015) |
| 07/28/2015 | 18 | LETTER from Plaintiff John F. Johnson dated 07/22/2015. (jl) (Entered: 08/03/2015) |
| 06/29/2015 | 16 | LETTER from John F. Johnson dated 06/24/2015. (sr, ) (Entered: 07/01/2015) |
| 06/02/2015 | 15 | LETTER from John F. Johnson dated 5/27/2015. (kp, ) (Entered: 06/03/2015) |
| 04/27/2015 | 14 | LETTER from John Foster Johnson. (rb, ) (Entered: 05/01/2015) |
| 04/02/2015 | 13 | LETTER from John Johnson dated 03/28/2015. (sxw) (Entered: 04/07/2015) |
| 03/03/2015 | 12 | NOTICE of Change of Address by J. Johnson. (sxw) (Entered: 03/04/2015) |

ATTACHMENT

| 02/03/2015 | 11 | NOTICE by J. Johnson of Change of Address (mmy, ) (Entered: 02/06/2015) |
|---|---|---|
| 01/27/2015 | 10 | MEMORANDUM Order With the dismissal of Case No. 14 C 1719 having become final so many months ago, plaintiff cannot proceed as he has by treating it as a vehicle for his new submission. But beyond that, this Court's laborious perusal of his nearly illegibly printed filing discloses no basis for any current action by this Court. Instead it simply strikes that new filing (Dkt. No. 8) from the court file. (For further details see Memorandum Order. Signed by the Honorable Milton I. Shadur on 1/27/2015:Mailed notice(clw, ) (Entered: 01/27/2015) |
| 01/06/2015 | 9 | NOTICE by J. Johnson of Change of Address (jl, ) (Entered: 01/09/2015) |
| 12/30/2014 | 8 | NOTICE by J. Johnson of Change of Address (jl, ) (Entered: 01/05/2015) |
| 03/14/2014 | | ***Civil Case Terminated. (tg, ) (Entered: 03/17/2014) |
| 03/14/2014 | 7 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 3/14/2014. (tg, ) (Entered: 03/17/2014) |
| 03/14/2014 | 6 | ORDER : Enter Memorandum Order. Plaintiff John's Complaint must be perceived as frivolous in the legal sense for more than one reason, and both the Complaint and this action are dismissed. That being so, both the Application 4 and the Motion 5 are denied as moot. Civil case terminated. Signed by the Honorable Milton I. Shadur on 3/14/2014. Mailed notice (tg, ) (Entered: 03/17/2014) |
| 03/10/2014 | 5 | MOTION by Plaintiff J. Johnson for attorney representation (tg, ) (Entered: 03/14/2014) |
| 03/10/2014 | 4 | MOTION by Plaintiff J. Johnson for leave to proceed in forma pauperis (tg, ) (Entered: 03/14/2014) |
| 03/10/2014 | 3 | PRO SE Appearance by Plaintiff J. Johnson (tg, ) (Entered: 03/14/2014) |
| 03/10/2014 | 2 | CIVIL Cover Sheet (tg, ) (Entered: 03/14/2014) |
| 03/10/2014 | 1 | RECEIVED Complaint and one copy by J. Johnson (tg, ) (Entered: 03/14/2014) |